# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COBY CHRISTOPHER HOUSE,<br><br>Defendant. | Case No.  8:19-CR-00015-DOC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On March 23, 2021, Defendant Coby Christopher House ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 8:19-CR-00015-DOC.  The Court appointed Deputy Federal Public Defender Lilian Chu to represent Defendant; Deputy Federal Public Defender Carel Ale specially appeared for Ms. Chu.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.   ☒   Defendant submitted to the Government's Request for Detention;

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Absconded from supervised release and was arrested out of state
- Minimal bail resources
- Two prior supervised release revocations
- Unemployed

C.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Prior failure to comply with the terms of supervised release
- Instant allegations involving shooting a firearm at another person
- Instant allegations involving operating a prostitution business
- Prior federal conviction for transporting aliens
- Criminal history involving violence

///
///
///
///
///

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: March 23, 2021

                                                  /s/
                                  MARIA A. AUDERO
                      UNITED STATES MAGISTRATE JUDGE